AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-02037-SAC-JPO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  University of Kansas

was received by me on *(date)*  04/17/2020  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Priority express mail delivered on 04/20/2020

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 04/28/2020

*Server's signature*

Muzafar Babakr
*Printed name and title*

1600 Haskell Ave Apt 170
Lawrence, KS 66044

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| Muzafar Babakr<br><br>*Plaintiff(s)*<br>v.<br>Holly T. Goerdel et. al<br><br>*Defendant(s)* | Civil Action No. 2:20-cv-02037-SAC-JPO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  University of Kansas
c/o Derek Schmidt, Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Muzafar Babakr
1600 Haskell Avenue Apt #170
Lawrence, Kansas 66044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   04/17/2020                                                s/ Colleen Abraham
                                                                  *Signature of Clerk or Deputy Clerk*


**UNITED STATES POSTAL SERVICE**

April 20, 2020

Dear Muzafar Babakr:

The following is in response to your request for proof of delivery on your item with the tracking number: **EJ32 7895 252U S**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | April 20, 2020, 10:29 am |
| **Location:** | TOPEKA, KS 66612 |
| **Postal Product:** | Priority Mail Express 1-Day® |
| **Extra Services:** | Insured |
| | PO to Addressee |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | J MOSS |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 1lb, 9.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *GM* / John Moss C-19 |
| Address of Recipient: | *[signature]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004