# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MUZAFAR BABAKR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-02037-SAC-JPO |
| | ) |
| | ) |
| DR. HOLLY T. GOERDEL, | ) |
| DR. JACOB T. FOWLES, | ) |
| DR. DOROTHY M. DALEY, | ) |
| DR. STEVEN W. MAYNARD-MOODY, | ) |
| DR. CHARLES R. EPP, | ) |
| DR. HEATHER GETHA-TAYLOR, | ) |
| DR. ROSEMARY O'LEARY, | ) |
| DR. REGINALD L. ROBINSON, | ) |
| DR. CARL W. LEJUEZ | ) |
| DR. KRISTINE LATTA, and | ) |
| UNIVERSITY OF KANSAS, an agency of the State of Kansas, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Eric J. Aufdengarten, Associate General Counsel for the University of Kansas, and enters his appearance as counsel of record for all defendants in this matter, Dr. Holly T. Goerdel, Dr. Jacob T. Fowles, Dr. Dorothy M. Daley, Dr. Steven W. Maynard-Moody, Dr. Charles R. Epp, Dr. Heather Getha-Taylor, Dr. Rosemary O'Leary, Dr. Reginald L. Robinson, Dr. Carl W. Lejuez, Dr. Kristine Latta, and University of Kansas.

Respectfully submitted,

/s/ Eric J. Aufdengarten
Eric J. Aufdengarten, KS #21289
Associate General Counsel and
Special Assistant Attorney General
The University of Kansas
245 Strong Hall, 1450 Jayhawk Blvd.
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
eja@ku.edu
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of this document was filed through the Court's CM/ECF filing system on the 8th day of May, 2020, which generated a Notice of Electronic Filing to the following:

Muzafar A. Babakr
1600 Haskell Avenue, Apt. #170
Lawrence, Kansas 66044
muzaferi@gmail.com
*Plaintiff pro se*

/s/ Eric J. Aufdengarten
Eric J. Aufdengarten
*Counsel for Defendants*