# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MUZAFAR BABAKR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:20-CV-02037-SAC-JPO |
| DR. HOLLY T. GOERDEL, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## SUGGESTION OF DEATH

Defendant University of Kansas suggests to the Court, upon the record, pursuant to Fed. R. Civ. P. 25(a), the death of Defendant Reggie Robinson on September 19, 2020.

Respectfully submitted,

/s/ Eric J. Aufdengarten
Eric J. Aufdengarten, KS #21289
Associate General Counsel and
Special Assistant Attorney General
The University of Kansas
245 Strong Hall, 1450 Jayhawk Blvd.
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
eja@ku.edu
Attorney for Defendants University of Kansas, Goerdel, Fowles, Daley, Maynard-Moody, Epp, Getha-Taylor, O'Leary, Robinson, Lejuez, and Latta

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a true and correct copy of this document was filed through the Court's CM/ECF filing system on this 5th day of October 2020, which generated a Notice of Electronic Filing to the following:

Muzafar A. Babakr
1600 Haskell Avenue, Apt. #170
Lawrence, Kansas 66044
muzaferi@gmail.com
*Plaintiff pro se*

/s/ Eric J. Aufdengarten
Eric J. Aufdengarten
*Counsel for Defendants*