IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**MUZAFAR BABAKR,**  )
      **Plaintiff,** )
 )
 )  Case No. 2:20-cv-02037-SAC-JPO
**v.** )
 )
**HOLLY T. GOERDEL, et al.,** )
      **Defendants.** )

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

I, Plaintiff Muzafar Babakr, hereby move this Court for an order extending my time to file a motion for leave to file the Second Amended Complaint. In support of this motion and pursuant to Local Rule 6.1(a) of the United States District Court for the District of Kansas, I state the following:

1. On February 25, 2021, the Court ruled on Defendants' Motion to Dismiss.

2. The Motion for leave to file the Second Amended Complaint is currently due March 19, 2021.

3. I am in the process of obtaining a copy of the email sent to my sponsor so that the Defamation claim in Count Six can be amended. After several attempts, my sponsor seems to be so far hesitant to disclose the content of that email.

4. Due to the national holiday back home which lasts several days and staffing shortage due to the pandemic, I need additional time to obtain a copy of the above-mentioned email.

5. Counsel for Defendants has been contacted regarding the requested

1

extension and agrees to this extension of time.

6. No prior extensions have been requested regarding the motion for leave to file the Second Amended Complaint.

7. This motion is not made for the purpose of delay and Defendants will not be prejudiced by the requested extension of time.

WHEREFORE, I, Plaintiff Muzafar Babakr, respectfully request an extension of fourteen (14) additional days up to and including April 2, 2021 to file a motion for leave to file the Second Amended Complaint.

Respectfully submitted,

/s/ Muzafar A. Babakr
Muzafar A. Babakr
1600 Haskell Avenue, Apt. #170
Lawrence, Kansas 66044
Tel: (785) 727-8768
muzaferi@gmail.com
*Pro Se Plaintiff*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 18th day of March, 2021, the forgoing was filed through the Court's CM/ECF filing system, which will send electronic notice to the following attorney on file:

Eric J. Aufdengarten
Associate General Counsel and
Special Assistant Attorney General
245 Strong Hall, 1450 Jayhawk Blvd.
Lawrence, Kansas 66045
eja@ku.edu
*Counsel for Defendants*

/s/ Muzafar A. Babakr
Muzafar A. Babakr
*Pro Se Plaintiff*