IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MUZAFAR BABAKR, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DR. JACOB T. FOWLES, et al., )<br>)<br>　　　　Defendants. ) | Case No. 2:20-cv-02037-SAC-ADM |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DISCOVERY REQUESTS**

COME NOW all Defendants, by and through the undersigned counsel, and hereby move for an extension of twenty-one (21) days, to April 21, 2022, in which respond to Plaintiff's First Set of Interrogatories, First Request for Production of Documents and First Request for Admissions to each defendant. In support of the motion, and pursuant to Local Rule 6.1(a), Defendants state the following:

1.　Counsel for Defendants has consulted with Plaintiff *pro se* Babakr, and Plaintiff does not oppose the requested extension of time.

2.　On March 1, 2022, Plaintiff served his First Set of Interrogatories, First Request for Production of Documents and First Request for Admissions to each of the nine defendants, making Defendants' responses due on March 31, 2022.

3.　No prior extensions have been sought or granted for Defendants to respond to discovery.

4.　The extension is needed due to the press of business, and because of the volume of requests served, which total 473 requests, not including subparts, to nine separate defendants. Additional time is needed for the undersigned counsel to work with each individual defendant and

appropriate staff of defendant University of Kansas in gathering and preparing the responsive documents and information.

5. The request is not made for purpose of delay, and no party will be prejudiced by the extension.

6. A court order is needed to extend this time for Defendants' responses because of the impact on the following deadline: The close of discovery is set for April 1, 2022. *See* Fed. R. Civ. P. 29(b), 33(b)(2), 34(b)(2)(A), 36(a)(3).

7. The extension of time for Defendants' responses to written discovery have a potential impact on the following deadlines:

   a. Submission of a proposed pretrial order is set for April 15, 2022.

   b. Pretrial conference is set for 11:00 a.m. on April 27, 2022.

   c. Submission of dispositive motions is set for June 1, 2022.

WHEREFORE, Defendants respectfully request the Court grant an extension of twenty-one (21) days, to April 21, 2022, for Defendants to serve their responses to Plaintiff's First Set of Interrogatories, First Request for Production of Documents, and First Request for Admissions to each defendant.

Respectfully submitted,

/s/ Eric J. Aufdengarten
Eric J. Aufdengarten, KS #21289
Associate General Counsel and
Special Assistant Attorney General
The University of Kansas
245 Strong Hall, 1450 Jayhawk Blvd.
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
eja@ku.edu
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned counsel certifies that a true and correct copy of this document was filed with the Court's CM/ECF filing system on this 23rd day of March, 2022, which generated a Notice of Electronic Filing to the following:

Muzafar A. Babakr
1600 Haskell Avenue, Apt. #170
Lawrence, Kansas 66044
muzaferi@gmail.com
*Plaintiff pro se*

                                                    /s/ Eric J. Aufdengarten
                                                  Eric J. Aufdengarten
                                                  *Counsel for Defendants*