# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MUZAFAR BABAKR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-02037-SAC-ADM |
| | ) |
| DR. JACOB T. FOWLES, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE TO TAKE VIDEOTAPED DEPOSITION
### OF PLAINTIFF MUZAFAR BABAKR

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Defendants will take the video deposition upon oral examination of Plaintiff Muzafar Babakr, commencing at 9:00 a.m. on March 31, 2022, at the University of Kansas, 350 Strong Hall (3rd Floor, Audit Conference Room), 1450 Jayhawk Boulevard, Lawrence, Kansas 66045. The deposition will be recorded by stenographic means before a certified court reporter authorized to take such depositions and administer oaths, and will also be recorded by video. The deposition will continue from day to day until completed, and is intended to be used for all lawful and proper purposes, including use as evidence at trial.

Respectfully submitted,

/s/ Eric J. Aufdengarten
Eric J. Aufdengarten, KS #21289
Associate General Counsel and
Special Assistant Attorney General
The University of Kansas
245 Strong Hall, 1450 Jayhawk Blvd.
Lawrence, Kansas 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
eja@ku.edu
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of this document was filed with the Court's CM/ECF filing system on this 23rd day of March, 2022, which generated a Notice of Electronic Filing to the following:

Muzafar A. Babakr
1600 Haskell Avenue, Apt. #170
Lawrence, Kansas 66044
muzaferi@gmail.com
*Plaintiff pro se*

/s/ Eric J. Aufdengarten
Eric J. Aufdengarten
*Counsel for Defendants*