IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MUZAFAR BABAKR,

    Plaintiff,

v.

JACOB T. FOWLES, et al.,

    Defendants.

Case No. 20-2037-SAC-ADM

## ORDER

On March 30, 2022, the court convened a discovery status conference, by phone, at pro se plaintiff Muzafar Babakr's ("Babakr") request. Babakr appeared on his own behalf. Defendants appeared through counsel Eric Aufdengarten. This order memorializes the court's rulings made at the conference.

    1.    **Motion for 90-Day Extension of Discovery Deadline** – At the conference, Babakr made an oral motion for a 90-day extension of the April 1 discovery deadline. (ECF 99.) As discussed in further detail on the record, Babakr has not demonstrated good cause for the requested extension by showing he was diligent in conducting discovery during the more than six-month discovery period—a period that is longer than the court typically allows even in a complex case. Among other things, he did not first serve any written discovery until March 1 and did not serve deposition notices until March 15. Accordingly, the court denied the motion without prejudice to being refiled as set forth below.

    2.    **Renewed Motion** – The court directed the parties to meet and confer about continuing to conduct discovery after the discovery deadline. To the extent they cannot reach agreement on the additional discovery Babakr seeks to conduct, Babakr may, **on or before April**

**29**, file a motion for leave to conduct discovery after the deadline.  Babakr must attach to any such motion the specific discovery requests and/or deposition notices he seeks to serve, explain the relevance of *each* request/deposition, and demonstrate good cause to conduct the discovery after the deadline.  Babakr's motion is limited to 10 pages.  Any response by defendants is due within three business days and is also limited to 10 pages.  No replies are permitted.  The court will set a hearing on the motion only if it believes further information from the parties would be useful.

      3.      **Pretrial Conference** – The court vacates the April 29 pretrial conference setting and the April 15 deadline for submission of a proposed pretrial order.  The court will reset these deadlines after the above-referenced motion deadlines have passed.  The June 1 dispositive motion deadline remains.

      **IT IS THEREFORE ORDERED** that Babakr's Oral Motion for Extension of Discovery Deadlines (ECF 99) is denied.

      Dated March 30, 2022, at Kansas City, Kansas.

      s/ Angel D. Mitchell
      Angel D. Mitchell
      U.S. Magistrate Judge