| | |
|---|---|
| **From:** | muzaferi@gmail.com |
| **To:** | Aufdengarten, Eric J. |
| **Subject:** | Re: Babakr v. Goerdel; Discovery Conference |
| **Date:** | Friday, March 11, 2022 3:56:29 PM |

Next week is fine. How about Tuesday at 3:30? I may need to do a second set of written discoveries. Certainly, I also need to take your clients' depositions.

On Fri, Mar 11, 2022 at 3:32 PM Aufdengarten, Eric J. <eja@ku.edu> wrote:

> Mr. Babakr,
>
> Thank you for agreeing to an extension on our discovery responses. Rather than talk this afternoon, I'd like to continue working through the written discovery you served and talk sometime midweek if you are available.
>
> I think for discovery, the only things remaining for me are responding to the written discovery and taking your deposition. Is there anything remaining for you? We can talk about that next week as well.
>
> Hope you have a good weekend,
>
> **Eric Aufdengarten** *(he/him)* | Associate General Counsel
>
> Office of the General Counsel | University of Kansas
>
> Lawrence Campus, 245 Strong Hall, Lawrence, KS 66045
>
> Edwards Campus, Regnier Hall, Suite 170D, Overland Park, KS 66213
>
> Medical Center Campus, 2001 Murphy Hall, Kansas City, KS 66160
>
> Office: 785.864.3276     Direct: 785.864.7846
>
> **From:** muzaferi@gmail.com <muzaferi@gmail.com>
> **Sent:** Tuesday, March 8, 2022 5:00 PM
> **To:** Aufdengarten, Eric J. <eja@ku.edu>

**Subject:** Re: Babakr v. Goerdel; Discovery Conference

Mr. Aufdengarten,

I will be available Friday after 3:00 pm. I have no objection to the extension of time. It is premature to discuss objections to discovery as such objections are discussed after responses/answers are served and after the other party finds them not to be valid. I still don't mind discussing these objections on Friday.

I am thinking about an extension of time of the discovery cut-off date and the dates that follow it. We can file a joint motion for that. If we agree on extending the time for the discovery cut-off date, we may schedule my deposition for a later date.

Muzafar

Muzafar A. Babakr

1600 Haskell Avenue, Apt. #170

Lawrence, Kansas 66044

Telephone: (785) 727-8768

E-Mail: muzaferi@gmail.com

On Tue, Mar 8, 2022 at 11:23 AM Aufdengarten, Eric J. <eja@ku.edu> wrote:

> Mr. Babakr:
>
> I would like to have a discussion about the discovery requests you served last week. Are you available for a discussion the afternoon of Friday, March 11? Given the number of requests, it is likely we will need an extension of time. I also want to discuss our potential objections to see if we can resolve some of those issues ahead of time.
>
> Finally, I want to discuss your availability for your deposition, so that we can get that scheduled and completed by April 1. Please let me know if you are available March 21, 30, 31, or April 1. The deposition will be in-person at either our Lawrence or Edwards campus.

> Thank you,
>
> **Eric Aufdengarten** *(he/him)* | Associate General Counsel
>
> Office of the General Counsel | University of Kansas
>
> Lawrence Campus, 245 Strong Hall, Lawrence, KS 66045
>
> Edwards Campus, Regnier Hall, Suite 170D, Overland Park, KS 66213
>
> Medical Center Campus, 2001 Murphy Hall, Kansas City, KS 66160
>
> Office: 785.864.3276         Direct: 785.864.7846
>
> **PRIVILEGED AND CONFIDENTIAL COMMUNICATION**: The information contained in this electronic message and any attachments to it are intended for the *exclusive use of the addressees* and may contain confidential attorney-client / work-product communication and/or privileged or protected information. If you are not the intended recipient, please destroy all copies of this message and attachments and immediately notify this office by sending a reply e-mail to the sender. Thank you.
>
> --
>
> Kind Regards

--
Kind Regards