**From:** muzaferi@gmail.com
**To:** Aufdengarten, Eric J.
**Subject:** Re: Babakr v. Goerdel et al; About today
**Date:** Friday, March 25, 2022 7:58:44 AM

Mr. Aufdengarten,

It may be somehow premature at this time to request leave from the court to take additional depositions.

As for the time of taking the depositions, you are aware that I am requesting the court to amend the scheduling order. Once I am ready to take the depositions, I will contact you ahead of time so we can schedule them. I am also not sure if you can prepare 17 individuals for depositions between now and April 22nd.

I can take Carl Lejuez's deposition in person and you can attend it remotely.

I don't have a complete list of topics for the deposition of KU at this time. All I can say now is that the topics for the deposition of KU will be related to Dr. Robinson. Once I serve the notice of the deposition of KU to you, I will list the topics for the deposition. Obviously, the topics will be about what Dr. Robinson did in his role as the school director regarding my situation while I was at KU. For example, his communication with the office of graduate studies about my situation, his communication with other KU units about what had happened after he raised the concern of Dr. Goerdel to them, his communication with different KU units/divisions when I was taking the leave of absence and when I was revoking it, etc.

The recent court order regarding your motion for time extension required that the moving party provide detailed information for why the scheduling order needs to be amended. In addition to what I have already communicated to you, I also had some health issues which prevented me from working on the case for at least a week. In addition, because I don't have access to email, opening emails has become impossible. I asked you if you could have the IT department set up Outlook for me so I can access the PST files, but you rejected that.

In your notice of deposition, you state that, "[t]he deposition will continue from day to day until completed, and is intended to be used for all lawful and proper purposes." The scheduling order makes it clear that my deposition is limited to seven hours. Will my deposition be limited to seven hours the way you planned for it? Will the entire deposition be taken in one day or split into sessions? Thanks.

On Thu, Mar 24, 2022 at 1:43 PM Aufdengarten, Eric J. <eja@ku.edu> wrote:

> Mr. Babakr,
>
> We are in the process gathering available dates and times from these witnesses. We will object to any more than the 10 depositions provided in the scheduling order, but we are gathering schedules from all 16 individuals.
>
> Are there any weekdays between April 1 and April 22 when you are <u>not</u> available for

depositions?

You say that you will take Carl Lejuez's deposition in person. He is currently the Provost and Executive Vice President for Academic Affairs at the University of Connecticut. If you choose him as a deponent, a remote deposition makes much more sense than you and I traveling to Connecticut.

As to KU, can you give any further clarification about the topics regarding Dr. Robinson? Nobody will be able testify as to Dr. Robinson's personal knowledge, except as it was expressed in the documents written or received by him. Are you looking for someone who can verify his documents, someone to speak about SPAA policies and operations at the time, someone from HR to discuss his employment, or something else completely?

I appreciate any further clarification you can provide on these topics regarding depositions.

Sincerely,

**Eric Aufdengarten** *(he/him)* | Associate General Counsel

Office of the General Counsel | University of Kansas

Lawrence Campus, 245 Strong Hall, Lawrence, KS 66045

Edwards Campus, Regnier Hall, Suite 170D, Overland Park, KS 66213

Medical Center Campus, 2001 Murphy Hall, Kansas City, KS 66160

Office: 785.864.3276         Direct: 785.864.7846

**From:** muzaferi@gmail.com <muzaferi@gmail.com>
**Sent:** Wednesday, March 23, 2022 10:40 PM
**To:** Aufdengarten, Eric J. <eja@ku.edu>
**Subject:** Re: Babakr v. Goerdel et al; About today

Mr. Aufdengarten,

No, it is not the order. It will be better to contact each one for availability in case the court approves the additional depositions. I will take Carl Lejuez's deposition in person. For the deposition of KU, it will be questions related to Dr. Robinson. Obviously, no one is as aware of those facts as Dr. Robinson himself. However, given that Dr. Robinson was a public officer at KU, it makes sense for KU to designate someone who has reasonable knowledge about the facts that Dr. Robinson knew. In my opinion, his successor, Dr. O'Leary, might be a good option. However, it is up to KU as who it intends to designate to testify on its behalf. Thanks.

On Wed, Mar 23, 2022 at 2:26 PM Aufdengarten, Eric J. <eja@ku.edu> wrote:

> Mr. Babakr,
>
> Is this the order you would like to conduct the depositions? Do you have ten you would like to prioritize in the event the court denies your request for additional depositions? I will need to contact each person to coordinate a time. For those out of state, such as Carl Lejuez, will they be conducted remotely, or will we be traveling to the witness? And for the University, can you describe with reasonable particularity the matters for examination?
>
> Thanks,
>
> **Eric Aufdengarten** *(he/him)* | Associate General Counsel
>
> Office of the General Counsel | University of Kansas
>
> Lawrence Campus, 245 Strong Hall, Lawrence, KS 66045
>
> Edwards Campus, Regnier Hall, Suite 170D, Overland Park, KS 66213
>
> Medical Center Campus, 2001 Murphy Hall, Kansas City, KS 66160
>
> Office: 785.864.3276        Direct: 785.864.7846
>
> ---
>
> **From:** muzaferi@gmail.com <muzaferi@gmail.com>
> **Sent:** Wednesday, March 16, 2022 12:00 AM
> **To:** Aufdengarten, Eric J. <eja@ku.edu>

**Subject:** Babakr v. Goerdel et al; About today

Mr. Aufdengarten:

In our conference today, you asked me to provide you with a list of deponents. The below list is mostly derived from the defendants' own initial and supplemental disclosures. Obviously, I will depose each defendant and any witnesses designated by the defendants. I will need to file a motion seeking leave of the court for the additional 7 depositions. I may come up with some sort of an order of taking the depositions. Here is the list:

1. Holly T. Goerdel;
2. Jacob T. Fowles;
3. Dorothy M. Daley;
4. Steven W. Maynard-Moody;
5. Charles R. Epp;
6. Heather Getha-Taylor;
7. Rosemary O'Leary;
8. Carl W. Lejuez;
9. Kristine Latta;
10. Morgan Swartzlander;
11. Diana Koslowsky;
12. Lynne Vanahill;
13. Marilu Goodyear;
14. Jennifer Roberts;
15. Stacey Swearingen White;
16. Deborah Rolff; and
17. University of Kansas.

As I noted today, I will need to file a motion for extending the discovery cut-off deadline by three months in order to take these depositions and propound any other written discoveries. Discovery is a complicated and time consuming process and being alone is difficult. This case involves several claims and multiple defendants are involved. Additionally, for so many days, I barely had access to my laptop due to the technical issues I am facing. You may have noticed a manifestation (such as formatting) of those technical issues in the documents you recently received from me.

> Muzafar
>
> Muzafar A. Babakr
>
> 1600 Haskell Avenue, Apt. #170
>
> Lawrence, Kansas 66044
>
> Telephone: (785) 727-8768
>
> E-Mail: [muzaferi@gmail.com](mailto:muzaferi@gmail.com)

--

Kind Regards


--
Kind Regards