| | |
|---|---|
| **From:** | muzaferi@gmail.com |
| **To:** | Aufdengarten, Eric J. |
| **Subject:** | Re: Babakr v. Fowles et al.; Discovery Stipulation |
| **Date:** | Friday, April 15, 2022 3:03:58 PM |

Mr. Aufdengarten,

I have not yet heard back from you regarding the availability of the deponents for my proposed deposition dates and times. I know you are out of office today, but you have others working with you on this case and those people can help especially in matters like scheduling depositions.

Upon further consideration of the matter, I will not notice the depositions today given that I don't have confirmation from you about the availability of the deponents and I don't have the court's approval. The court's order asked me to attach the deposition notices. Given that I haven't heard back from you, I can't even attach the deposition notices to my motion.

Muzafar


On Thu, Apr 14, 2022 at 4:46 PM muzaferi@gmail.com <muzaferi@gmail.com> wrote:
> As I said earlier, for now we only schedule them. If the court approves them, I will take
> them.

On Thu, Apr 14, 2022 at 4:17 PM muzaferi@gmail.com <muzaferi@gmail.com> wrote:
> Mr. Aufdengarten:
>
> I removed the weekends and took the dates/times you are unavailable into consideration
> from the below proposed schedule. Below are the proposed dates and times:
>
> April 26: University of Kansas- from 9-12 at Strong Hall 350.
> April 27: Kristine Latta- from 1-4 at Strong Hall 350.
> April 28: Carl W. Lejuez- from 9-12 Via zoom.
> April 28: Heather Getha-Taylor- from 1-4 at Strong Hall 350.
> April 29: Jacob T. Fowles- from 9-12 at Strong Hall 350.
> April 29: Dorothy M. Daley- from 1-4 at Strong Hall 350.
> May 2: Holly Goerdel- from 9-4 at Strong Hall 350.
> May 3: Charles R. Epp- from 9-4 at Strong Hall 350.
> May 4: Steven W. Maynard-Moody- from 9-12 at Strong Hall 350.
> May 4: Rosemary O'Leary-from 1-4 at Strong Hall 350.
>
> You may rearrange/change the dates/ times as appropriate for the deponents. According to
> the scheduling order, we notice and take depositions by agreement. However, in
> extraordinary situations a party may unilaterally notice depositions. I believe the
> "extraordinary situation" applies here. Just so you know in advance, I am going to notice
> the depositions and perhaps serve the subpoena as well tomorrow April 15th. I will wait
> until 3.00 pm tomorrow in case you want to make changes to the proposed dates and
> times. I deeply apologize to you, but this is the only thing that I can think of. Please
> understand my situation.
>
> Muzafar

On Thu, Apr 14, 2022 at 1:12 PM muzaferi@gmail.com <muzaferi@gmail.com> wrote:
Mr. Aufdengarten:

Since Diana Koslowsky was one party of the communications, it is necessary to add Morgan Swartzlander, Yuki Watanabe, and Lynne Vanahill as representatives of KU.

In our phone call on the 11th, you told me you would release the April 20-22 times. You also previously told me the same thing by email as for all the dates.

My rationale for noticing the depositions and serving the subpoena now was to make sure that the process would take less time. If we schedule them now, we can either 1) proceed with the depositions if the court grants my motion 2) cancel them if the motion is denied. We can agree on this matter (scheduling the depositions) if you are willing to do so. Thanks.

Muzafar


On Thu, Apr 14, 2022 at 11:26 AM Aufdengarten, Eric J. <eja@ku.edu> wrote:

Mr. Babakr:


Thank you for the clarification about deposition topics for the University. For depositions of the University representatives, Dr. Jennifer Roberts would testify as to the policies relating to Graduate Studies. Diana Koslowsky would testify as to her communications with ISS and Graduate Affairs and about her attendance at the meeting. You previously stated that no one would be needed to testify about policies of the Office of Civil Rights, but please let me know if that has changed or if any other policies are at issue.


Here is the currently proposed schedule, subject to 7-days' notice:

- April 20 from 9 am - 5 pm: Charles Epp (7 hours max) in Lawrence, KS;
- April 21 from 9 am - 12 pm: Jacob Fowles (3 hours max) in Lawrence, KS;
- April 22 from 9 am – 12 pm: Dorothy Daley (3 hours max) in Lawrence, KS;
- April 22 from 1 pm – 4 pm: KU designee Diana Koslowsky (3 hours max for all KU designees) in Lawrence, KS;
- No time currently held:

  - Rosemary O'Leary (3 hours max) in Lawrence, KS (previously offered April 12 from 2-5 pm);
  - Kristine Latta (3 hours max) in Lawrence, KS (previously offered April 13 from 12:30-3:30 pm);
  - Steven Maynard-Moody (3 hours max) in Lawrence, KS (previously offered April 14 from 12-3 pm);
  - KU designee Jennifer Roberts (3 hours max for all KU designees) in Lawrence, KS (previously offered April 19 from 10 am – 1 pm);
  - Heather Getha-Taylor (3 hours max) in Lawrence, KS (previously offered

April 19 from 2-5 pm)
- Carl Lejuez (3 hours max) by remote means.


My reading of the court's order (Doc. 100) is that you cannot notice depositions or serve a subpoena without first filing a motion that attaches "the specific discovery requests and/or deposition notices he seeks to serve . . . . "


I do not currently know the availability of these people starting April 25, but am in the process of gathering that information should the court grant your motion. In the event the court grants your request for depositions, I can tell you that I am unavailable these days: April 25 (pm); April 26 (pm); April 27 (am); May 20 (am); May 24 (pm); May 25, May 26, May 30. If the court allows the depositions, and we have confirmed dates when everyone including a court reporter is available, we will confirm the availability of space in Strong Hall 350 or a similar room, unless you prefer to secure a space off campus.


I will be out of the office on Friday, April 15, and will not be returning until Monday, April 18. Again, I believe we have both clearly stated our positions and are not able to reach agreement on this issue.


Sincerely,



**Eric Aufdengarten** *(he/him)* | Associate General Counsel

Office of the General Counsel | University of Kansas

Lawrence Campus, 245 Strong Hall, Lawrence, KS 66045

Edwards Campus, Regnier Hall, Suite 170D, Overland Park, KS 66213

Medical Center Campus, 2001 Murphy Hall, Kansas City, KS 66160

Office: 785.864.3276        Direct: 785.864.7846



---

**From:** muzaferi@gmail.com <muzaferi@gmail.com>

**Sent:** Thursday, April 14, 2022 7:18 AM
**To:** Aufdengarten, Eric J. <eja@ku.edu>
**Subject:** Re: Babakr v. Fowles et al.; Discovery Stipulation


Mr. Aufdengarten,

If you can confirm the availability of your clients, other than Holly Goerdel, for the dates that I proposed or alternative dates that would work for them, I can call the court reporters and perhaps notice the depositions and serve the subpoena all today. That way, we can proceed with the depositions once they are approved by the court. In the event the court ruling is issued on or after April 26, we would need to reschedule the depositions. If you agree with that, would you please let me know if you prefer the depositions including that of Holly Goerdel to be taken at KU or somewhere else?

Muzafar


Muzafar A. Babakr

1600 Haskell Avenue, Apt. #170

Lawrence, Kansas 66044

Telephone: (785) 727-8768

E-Mail: muzaferi@gmail.com


On Thu, Apr 14, 2022 at 1:52 AM muzaferi@gmail.com <muzaferi@gmail.com> wrote:

> These are the updated topics for the deposition of KU:
>
> Any college level or university level policies produced by defendants in their initial and supplemental disclosures.
>
> Communications between Diana Koslowsky and both the office of International Support Services and College Office of Graduate Affairs about plaintiff's enrollment and examinations. Diana Koskowsky's attendance at the September 2017 meeting with Charles Epp.
>
>
> Muzafar
>
>
> Muzafar A. Babakr

1600 Haskell Avenue, Apt. #170

Lawrence, Kansas 66044

Telephone: (785) 727-8768

E-Mail: muzaferi@gmail.com


On Wed, Apr 13, 2022 at 2:47 PM muzaferi@gmail.com <muzaferi@gmail.com>
wrote:

> Mr. Aufdengarten,
>
> How about stating in my motion that all depositions will be taken between April
> 26-May 1? I can do that if your clients are available on these dates. Here is a
> proposed schedule and let me know if that will work for your clients:
>
> April 26: Dr. Epp
>
> April 27: Two 3-hour depositions
>
> April 28: Two 3-hour depositions
>
> April 29: Two 3-hour depositions
>
> April 30: Two 3-hour depositions
>
> May1st: Dr. Goeredel
>
> Even though Dr. Goerdel is no longer an employee of KU, I think she will
> eventually seek your help when subpoenaed for a deposition because what she
> did was within the scope of her employment with KU.
>
> You have informed me in your earlier email that you object to certain deposition
> topics and producing some representatives for KU. Would you please let me
> know which topics and representatives you object to?
>
> I provided you with compelling reasons for why it was impossible to take the
> depositions before April 21st. However; you were not cooperative and rejected all
> those arguments.
>
>
> Muzafar
>
>
> Muzafar A. Babakr
>
> 1600 Haskell Avenue, Apt. #170

Lawrence, Kansas 66044

Telephone: (785) 727-8768

E-Mail: muzaferi@gmail.com

On Wed, Apr 13, 2022 at 1:53 PM Aufdengarten, Eric J. <eja@ku.edu> wrote:

Mr. Babakr:

I think you and I both understand each other's position. Defendants disagree with your contention that you should be given additional time beyond April 22 to take the depositions, for the reasons stated in the email thread below and in our conversation on April 11.

If the court rules that you are entitled to any depositions after April 22, the Defendants will work expeditiously to find mutually agreeable times and locations for any depositions allowed, and we will notify you of the corporate representative(s) for any deposition topics allowed in a deposition of the University. But until then, we will not duplicate efforts already made by us and rejected by you to find deposition times for these defendants.

Sincerely,

**Eric Aufdengarten** *(he/him)* | Associate General Counsel

Office of the General Counsel | University of Kansas

Lawrence Campus, 245 Strong Hall, Lawrence, KS 66045

Edwards Campus, Regnier Hall, Suite 170D, Overland Park, KS 66213

Medical Center Campus, 2001 Murphy Hall, Kansas City, KS 66160

Office: 785.864.3276        Direct: 785.864.7846

**PRIVILEGED AND CONFIDENTIAL COMMUNICATION**: The information contained in this electronic message and any attachments to it are

intended for the *exclusive use of the addressees* and may contain confidential attorney-client / work-product communication and/or privileged or protected information. If you are not the intended recipient, please destroy all copies of this message and attachments and immediately notify this office by sending a reply e-mail to the sender. Thank you.

---

**From:** muzaferi@gmail.com <muzaferi@gmail.com>
**Sent:** Tuesday, April 12, 2022 8:07 PM
**To:** Aufdengarten, Eric J. <eja@ku.edu>
**Subject:** Re: Babakr v. Fowles et al.; Discovery Stipulation


Mr. Aufdengarten:

My email was clear. I am not asking for stipulations. I am asking for dates of availability of your clients April 26th onward. When I file my motion, I should mention the amount of time that I need. To make sure that I wouldn't unilaterally set dates that might not work for your clients, I asked you about their availability so my motion would reflect that. I provided a rationale for why I want to take the depositions after April 21st. I can notice the depositions tomorrow, but won't be able to take them until I receive and review the responses to my written discovery subject to the availability of court reports and videographers.

Without first knowing the availability of your clients, there was no point of contacting court reporters. On April the 5th, you unilaterally provided an incomplete list of witnesses and dates in which they would be available and I began searching for court reporters that same day. On April the 6th, I contacted the court reporters. I will contact the court reporters the moment I hear back from you about the dates of availability of the witnesses. As for location, I can find one if you do not want the depositions to be taken at KU.

The court's last order allowed me to refile a motion to conduct discovery out of time in case we could not stipulate to do so and this is exactly what I am doing. Could you let me know which topic(s) you object to and which deponent you object to designate as representatives of KU so I can include that as well in the motion. It was never my preference to raise discovery disputes to the attention of the court and I have been as flexible as possible throughout this litigation process even if that somehow caused me prejudice.

Muzafar

Muzafar A. Babakr

1600 Haskell Avenue, Apt. #170

Lawrence, Kansas 66044

Telephone: (785) 727-8768

E-Mail: muzaferi@gmail.com


On Tue, Apr 12, 2022 at 5:01 PM Aufdengarten, Eric J. <eja@ku.edu> wrote:

Mr. Babakr:


We do not stipulate to any depositions after April 22. On April 5 and April 8, as shown in the email thread below, I provided dates and times that 7 individual defendants and 1 KU representative were available. I also later confirmed that Strong Hall 350 was available for depositions through April 22, as a convenience to you and the deponents. You let deposition dates pass without any effort to notice or take the depositions.


Your objection to the proposed dates was not based on your own unavailability, but on your insistence that you should have the opportunity to review our discovery responses before taking any depositions. You also stated in our call on April 11 that you were unable to find a court reporter for the depositions, and that you began looking for a court reporter "just a few days ago." Your emails today do not indicate whether you have found a court reporter or a location for any proposed depositions.


On April 11, I asked if you intended to take any depositions April 19-22, and you said that you preferred to present this discovery dispute to the court rather than take depositions twice. As I have repeatedly stated, we will oppose any request to take depositions after April 22, and we have objections to certain proposed deponents or topics for deposition of a corporate representative based on relevance. Given our objections and our previous efforts to find times when numerous deponents could be available, we decline to go through the same scheduling process again unless the court rules that you are entitled to discovery out of time.


Sincerely,

**Eric Aufdengarten** *(he/him)* | Associate General Counsel

Office of the General Counsel | University of Kansas

Lawrence Campus, 245 Strong Hall, Lawrence, KS 66045

Edwards Campus, Regnier Hall, Suite 170D, Overland Park, KS 66213

Medical Center Campus, 2001 Murphy Hall, Kansas City, KS 66160

Office: 785.864.3276        Direct: 785.864.7846

---

**From:** muzaferi@gmail.com <muzaferi@gmail.com>
**Sent:** Tuesday, April 12, 2022 4:33 PM
**To:** Aufdengarten, Eric J. <eja@ku.edu>
**Subject:** Re: Babakr v. Fowles et al.; Discovery Stipulation

Just to clarify, I specifically mentioned Carl Lejuez because no date was set for his deposition in your previous emails.

Muzafar

On Tue, Apr 12, 2022 at 4:26 PM muzaferi@gmail.com <muzaferi@gmail.com> wrote:

> Mr. Aufdengarten:
>
> The due date to respond to my written discovery is April 21st. Would you please let me know the dates your folks are available for depositions April 26th onward? If the court grants the motion, I can take the first deposition by April 26th. I can take two depositions a day if they are available. Can you please also let me know who you designate as representatives of KU? Can you also let me know what date will Carl Lejuez be available for the deposition. Thanks.
>
> Muzafar

Muzafar A. Babakr

1600 Haskell Avenue, Apt. #170

Lawrence, Kansas 66044

Telephone: (785) 727-8768

E-Mail: muzaferi@gmail.com


On Mon, Apr 11, 2022 at 12:42 PM Aufdengarten, Eric J. <eja@ku.edu> wrote:

> Yes, 2 pm will work.
>
>
> **Eric Aufdengarten** *(he/him)* | Associate General Counsel
>
> Office of the General Counsel | University of Kansas
>
> Direct Line: 785-864-7846
>
> _____
>
> **From:** muzaferi@gmail.com <muzaferi@gmail.com>
> **Sent:** Monday, April 11, 2022 12:01 PM
> **To:** Aufdengarten, Eric J. <eja@ku.edu>
> **Subject:** Re: Babakr v. Fowles et al.; Discovery Stipulation
>
>
> Mr. Aufdengarten,
>
> That is fine. How about 2.00 pm?
>
>
> On Mon, Apr 11, 2022 at 8:57 AM Aufdengarten, Eric J. <eja@ku.edu> wrote:
>
>> Mr. Babakr,
>>
>> I was out of the office Friday after 10:30 am. I have time today to talk

about these issues. What time works for you?

**Eric Aufdengarten** *(he/him)* | Associate General Counsel

Office of the General Counsel | University of Kansas

Lawrence Campus, 245 Strong Hall, Lawrence, KS 66045

Edwards Campus, Regnier Hall, Suite 170D, Overland Park, KS 66213

Medical Center Campus, 2001 Murphy Hall, Kansas City, KS 66160

Office: 785.864.3276        Direct: 785.864.7846

---

**From:** muzaferi@gmail.com <muzaferi@gmail.com>
**Sent:** Friday, April 8, 2022 10:46 AM
**To:** Aufdengarten, Eric J. <eja@ku.edu>
**Subject:** Re: Babakr v. Fowles et al.; Discovery Stipulation

Thank you. To satisfy the meet and confer requirement, we need to talk about that. I can talk pretty much anytime today. Let me know what time suits you. The sooner we talk, the better. Thanks.

On Fri, Apr 8, 2022 at 9:13 AM Aufdengarten, Eric J. <eja@ku.edu> wrote:

  Mr. Babakr,

  For the depositions, I am checking whether Strong Hall 350 is available for the times listed below. However, we still request 7 days' notice of any deposition that is actually occurring. It would now be difficult to agree to any depositions that would occur before next Thursday.

We are firm on a cutoff of April 22 for stipulated depositions. We believe you should not get additional time to review documents when you waited until March 1 to send written discovery requests. That obstacle is one of your own creation.

You are correct that Dr. Goerdel is no longer employed by the University. We would object to any motion for leave to subpoena her for deposition.

As to your designated topics, Dr. Jennifer Roberts can be designated for Policies from Graduate Studies. We are still looking at who will be designated for Policies from the University Office of Civil Rights.

For communications between the school and ISS and the school and Graduate Affairs, are you talking about from July 1, 2017 to February 8, 2018? You have already planned to depose Dr. Epp and Dr. O'Leary from the school, and Dr. Latta from Graduate Affairs, who were in their positions during that time frame. Are you wanting to ask about any specific communications that did not involve at least one of the three of them?

Here is the updated schedule we propose:

- April 14 from 12-3 pm: Steven Maynard-Moody (3 hours max) in Lawrence, KS;
- April 19 from 10 am – 1 pm: KU designee Jennifer Roberts for Graduate Studies policies (3 hours max) in Lawrence, KS;
- April 19 from 2-5 pm: Heather Getha-Taylor (3 hours max) in Lawrence, KS;
- April 20 from 9 am - 5 pm: Charles Epp (7 hours max) in Lawrence, KS;
- April 21 from 9 am - 12 pm: Jacob Fowles (3 hours max) in Lawrence, KS;
- April 22 from 9 am – 12 pm: Dorothy Daley (3 hours max) in Lawrence, KS;
- No time currently held:

  - Rosemary O'Leary (3 hours max) in Lawrence, KS (previously offered April 12 from 2-5 pm);
  - Kristine Latta (3 hours max) in Lawrence, KS (previously offered April 13 from 12:30-3:30 pm);

Carl Lejuez (3 hours max) by remote means;
- KU representative re OCR policies (3 hour max) in Lawrence, KS.

If you wish to discuss further, let me know, though I will be out of the office today and may not be able to respond to email or talk until Monday, April 11.


**Eric Aufdengarten** *(he/him)* | Associate General Counsel

Office of the General Counsel | University of Kansas

Lawrence Campus, 245 Strong Hall, Lawrence, KS 66045

Edwards Campus, Regnier Hall, Suite 170D, Overland Park, KS 66213

Medical Center Campus, 2001 Murphy Hall, Kansas City, KS 66160

Office: 785.864.3276          Direct: 785.864.7846

---

**From:** muzaferi@gmail.com <muzaferi@gmail.com>
**Sent:** Thursday, April 7, 2022 12:22 AM
**To:** Aufdengarten, Eric J. <eja@ku.edu>
**Subject:** Re: Babakr v. Fowles et al.; Discovery Stipulation


These are the topics for the deposition of KU:

Any college level or university level policies produced by defendants in their initial and supplemental disclosures.

Communications from the school to the office of International Support Services and College Office of Graduate Affairs about the plaintiff.

Communications from the office of International Support Services and College Office of Graduate Affairs to the school about the plaintiff.


On Wed, Apr 6, 2022 at 5:19 PM muzaferi@gmail.com

<muzaferi@gmail.com> wrote:

I thought about this whole situation a lot. I tried to accommodate
your demands as much as possible even if that somehow caused
prejudice to me. I also tried to be as reasonable as possible. I
have not objected to your 21-day extension to respond to my
written discovery. You often mention that one day past your own
deadline. I am not sure what can be accomplished in that
additional day.

Do you have any preference for the location of the depositions? I
can rent an office for the depositions or take them at KU.
Regarding the dates of the depositions, I will be greatly
prejudiced if I take the depositions before seeing the responses to
the written discovery. In fact, taking someone's deposition
without first seeing their responses to the written discovery
serves almost no purpose. I can notice the depositions now and
start taking them on April 26th onward. That way I will have
some time to review the responses to the written discovery. If I
received the answers on March 31st, I would be prepared to take
the depositions as of today or earlier. I have called many court
reporting agencies and their schedules are generally pretty much
booked for April.

Drs. Goerdel and Robinson are two material witnesses, especially
Dr. Goerdel. Even though the claims against both are dismissed,
those dismissed claims are relevant to the surviving claims.
According to the scheduling order, you agreed to produce Dr.
Goerdel for deposition. It seems that Dr. Goerdel is no longer
employed by KU and that may create difficulties for KU to
produce her for a deposition. If I subpoena her, will you object?

Regarding my Outlook account, the issue is with the format of
the setup. Outlook email has different types of setup such as
POP3, IMAP, etc. To be able to access your email without issues,
I think the new setup should be identical as the original setup.
Only KU IT knows these detailed technicalities about KU
Outlook email. Thanks.

Muzafar

Muzafar A. Babakr

1600 Haskell Avenue, Apt. #170

Lawrence, Kansas 66044

Telephone: (785) 727-8768

E-Mail: muzaferi@gmail.com


On Tue, Apr 5, 2022 at 2:52 PM Aufdengarten, Eric J. <eja@ku.edu> wrote:

> Mr. Babakr,
>
> Here are my responses to your specific points:
>
> 1. We do not stipulate to any additional written discovery requests.
> 2. Depositions:
>
>     a. We agree to allow depositions pursuant to Rule 30 on or before April 22, subject to the availability of the deponent. This deadline is one day after our discovery responses are to be served, consistent with the original deadline for discovery responses of March 31 and the original close of discovery of April 1. We do not stipulate to any depositions after April 22.
>     b. You bear the recording costs and any transcripts you order.
>     c. The deposition must be conducted before an officer appointed or designated under Rule 28.
>     d. The notice must state the time and place of the deposition, consistent with the schedule below or otherwise agreed by us. The notice for each deposition must be provided to me at least 7 days prior to the deposition, consistent with Local Rule 30.1, or else we may release the time listed below.
>     e. When you sent your original list of 17 depositions on March 16, my office worked to block out time on schedules. The following dates and times have been held for the purpose of taking depositions:
>
>         i. April 12 from 2-5 pm: Rosemary O'Leary (3 hours

max) in Lawrence, KS;

    ii.   April 13 from 12:30-3:30 pm: Kristine Latta (3 hours max) in Lawrence, KS;

    iii.   April 14 from 12-3 pm: Steven Maynard-Moody (3 hours max) in Lawrence, KS;

    iv.   April 19 from 2-5 pm: Heather Getha-Taylor (3 hours max) in Lawrence, KS;

    v.   April 20 from 9 am - 5 pm: Charles Epp (7 hours max) in Lawrence, KS;

    vi.   April 21 from 9 am - 12 pm: Jacob Fowles (3 hours max) in Lawrence, KS;

    vii.   April 22 from 9 am – 12 pm: Dorothy Daley (3 hours max) in Lawrence, KS;

    viii.   No time currently held:

    1.  Carl Lejuez (3 hours max) by remote means;

f.  We do not have information sufficient for us to stipulate to a deposition of the University. Under Rule 30(b)(6), we need more information about the topics for the KU representative, so that we can coordinate schedules of the appropriate representative or representatives. The notice "must describe with reasonable particularity the matters for examination." The KU deposition in total should not exceed 3 hours, pursuant to the Scheduling Order. The topics you have proposed center around Reginald Robinson, who is not a defendant and was not a decision maker regarding your dismissal. Your surviving claims in the suit are after the time he was Director. We do not stipulate to producing a representative regarding Reginald Robinson.

g.  We do not stipulate to producing Holly Goerdel for deposition. She is not a defendant and was not a decision maker regarding your dismissal. Your

surviving claims in the suit are after the time she was Coordinator.

3. We will not provide access to KU IT to assist you with your personal computing issues. The PST files you saved should be accessible in an Outlook program. If you need assistance with this, please look outside of the University.

These are the terms I can offer for any stipulation of further discovery. If you wish to discuss further, please let me know.

Sincerely,

**Eric Aufdengarten** *(he/him)* | Associate General Counsel

Office of the General Counsel | University of Kansas

Lawrence Campus, 245 Strong Hall, Lawrence, KS 66045

Edwards Campus, Regnier Hall, Suite 170D, Overland Park, KS 66213

Medical Center Campus, 2001 Murphy Hall, Kansas City, KS 66160

Office: 785.864.3276          Direct: 785.864.7846

---

**From:** muzaferi@gmail.com <muzaferi@gmail.com>
**Sent:** Monday, April 4, 2022 11:39 PM
**To:** Aufdengarten, Eric J. <eja@ku.edu>
**Subject:** Babakr v. Fowles et al.; Discovery Stipulation

Mr. Aufdengarten,

My previous email had some formatting issues. Sorry for any inconvenience. Below I am resending the email.

According to the court's most recent order, we can stipulate to do discovery outside the discovery deadline. Below is my plan for the remainder of discovery. Kindly let me know what you think.

1. Written discovery. I agree to not propound additional Requests for Admission. I also agree to not seek leave of the court to propound additional Interrogatories. I further agree to not propound additional Requests for Production if I see that the documents produced in response to my first set of requests are sufficient.

2. Oral discovery: Including Dr. Robinson, there are 18 defendants and witnesses. I agree to depose only ten as set in the scheduling order. The deposition of KU will have much broader topics. The deposition of KU will also take more than three hours. I am expecting it to take 6 hours.  I will first take the deposition of Holly Goerdel and then Charles Epp. The rest can be taken in any order depending on when each is available. Here is the list of the ten deponents:

Holly Goerdel;

Charles R. Epp;

Jacob T. Fowles;

Dorothy M. Daley;

Steven W. Maynard-Moody;

Heather Getha-Taylor;

Rosemary O'Leary;

Carl W. Lejuez;

Kristine Latta; and

University of Kansas


3. I agree to take the deposition of Carl Lejuez online.

4. I plan to take the depositions after I receive the written responses on the 21st. I am expecting to take the first deposition on May 2nd.

5. If you have KU IT set up Outlook for me, I will be able to provide supplemental disclosures. I don't need regular access

to email. I just want them to set it up. Once it is set up, they can immediately disconnect my email. The process of activating and de-activating my email account takes only a few minutes. That way, even after disconnecting my service, I will be able to access my PST files offline.

Muzafar

Muzafar A. Babakr

1600 Haskell Avenue, Apt. #170

Lawrence, Kansas 66044

Telephone: (785) 727-8768

E-Mail: muzaferi@gmail.com

--
Kind Regards

--
Kind Regards

--
Kind Regards

--
Kind Regards

--

Kind Regards

--

Kind Regards

--

Kind Regards

--

Kind Regards

--

Kind Regards

--

Kind Regards

--
Kind Regards

--
Kind Regards

--
Kind Regards

--
Kind Regards