# EXHIBIT

# 3

**From:** O'Leary, Rosemary<oleary@ku.edu> on behalf of O'Leary, Rosemary
**Sent on:** Monday, September 18, 2017 2:22:22 AM
**To:** Epp, Charles R<chuckepp@ku.edu>
**CC:** Maynard-Moody, Steven<smm@ku.edu>; Swartzlander, Morgan<mswartz@ku.edu>; Koslowsky, Diana R<dianak@ku.edu>
**Subject:** Probation notice

Hi Morgan,
Thanks for visiting with Chuck Epp and me on Friday. We appreciated your advice and counsel.
As you know, a letter was sent to Mr. Babakr on Friday.
Please follow up on Monday and notify Mr. Babakr that he is officially on probation, as we discussed.
Many thanks,
Rosemary

------------------------------------------------
Rosemary O'Leary
Director, School of Public Affairs
University of Kansas
Lawrence KS 66045
oleary@ku.edu